Charles Quinn (CQ 8940)
**GRAHAM CURTIN, P.A.**
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROCTER & GAMBLE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>McNEIL-PPC, INC.<br><br>Defendant.<br><br>A Civil Action pending in the United States District Court for the Western District of Wisconsin, Civil Action No. 08-CV-251 | Miscellaneous No. 09-15 (FSH)<br><br>**ORDER FOR ENTRY OF A STIPULATED PROTECTIVE ORDER REGARDING A THIRD PARTY SUBPOENA** |

This matter having come before the Court on consent for an Order directing the Clerk to file a Stipulated Protective Order under a Miscellaneous docket number to govern the production of documents or information by Sigmond Consulting LLC in response to a third-party subpoena; and the Court having considered the Declaration of Charles Quinn in support of this application, and for good cause having been shown;

IT IS on this 13th day of February 2009,

ORDERED that the Clerk file the ~~attached Stipulated Protective~~ Discovery Confidentiality Order under a Miscellaneous docket number upon payment of the applicable filing fee; and it is further ordered that the case shall be closed

Hon. Patty Shwartz, U.S.M.J.